ACCEPTED
05-15-01495-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
12/8/2015 12:53:05 PM
LISA MATZ
CLERK

NO. DF-14-06301

| | | |
|---|---|---|
| IN THE MATTER OF THE MARRIAGE OF | § | IN THE DISTRICT COURT |
| | § | |
| LISA MOZLEY AND WILLIAM MOZLEY | § § § § § | 303RD JUDICIAL DISTRICT |
| | § | |
| AND IN THE INTEREST OF FARISH MOZLEY, A CHILD | § § | DALLAS COUNTY, TEXAS |

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
12/8/2015 12:53:05 PM
LISA MATZ
Clerk

## NOTICE OF APPEAL

This Notice of Appeal is filed by Lisa Mozley, Petitioner, a party to this proceeding who seeks to alter the trial court's judgment or other appealable order.

1. The trial court, cause number, and style of this case are as shown in the caption above.

2. The judgment or order appealed from was signed on September 24, 2015.

3. Lisa Mozley desires to appeal from all portions of the judgment.

4. This appeal is being taken to the Fifth Court of Appeals.

5. This notice is being filed by Lisa Mozley.

Respectfully submitted,

Alberto Herrera
3198 Royal Lane, Ste. 211
Dallas, TX 75229
Tel: (214) 358-8997
Fax: (214) 358-3843
Herreralawyer@aol.com

By: _____
Alberto Herrera
State Bar No. 24029610
Attorney for Petitioner

## Certificate of Service

I certify that a true copy of this Notice of Appeal was served in accordance with rule 9.5 of the Texas Rules of Appellate Procedure on each party or that party's lead counsel as follows:

Party:  William Mozley

Lead attorney: Julia Henry

Address of service:    16475 Dallas Parkway, Ste. 400, Addison, Texas 75001

Method of service:    by fax at 972-931-9208

Date of service: December 8, 2015

_____

Alberto Herrera
Attorney for Petitioner